■ In the Matter of the Accounting of EDITH L. ROTHSCHILD, as Trustee under the Will of MEYER D. ROTHSCHILD, Deceased, Appellant.— Decree unanimously affirmed. No opinion. Concur — Peck, P. J., Botein, Frank, Valente and McNally, JJ.

■ EDGAR H. A. CHAPMAN et al., as Copartners Doing Business under the Name of CHAPMAN AND BURKE, Respondents, v. ROBERTS NUMBERING MACHINE COMPANY, Appellant.— Judgment entered December 20, 1956, unanimously modified in accordance with the decision in appeal [from order entered Dec. 18, 1956]. Order entered December 18, 1956, unanimously modified to limit the partial summary judgment to the amount of the disbursements, and otherwise affirmed, without costs. Order denying defendant's motion for summary judgment unanimously affirmed. The issue as to the Statute of Frauds requires a denial of any summary recovery based on the contract. Furthermore, we are not willing to say on the papers for summary judgment whether plaintiffs' claim comes within any exception to the general rule that the retainer of an attorney is terminable at will. Settle order on notice. Concur — Peck, P. J., Botein, Frank, Valente and McNally, JJ.

■ In the Matter of the CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Real Property Required for the Park at the Southeast Corner of Spring Street and Mulberry Street, in the Borough of Manhattan. BERNARD P. KITE et al., Appellants.— Decree unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Botein, Frank, Valente and McNally, JJ.

■ BRADHURST PROPERTIES, INC., Appellant, v. STEPHEN H. JACKSON, Respondent, et al., Defendant.— Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event. We are unable to agree with the holding of the trial court that there is no apparent consideration for the discharge of the $6,500 mortgage or that the extension agreement did not affect the matter. Plaintiff made a sufficient showing to require defendant to submit his evidence, and in the absence of rebutting evidence plaintiff's proof was sufficient to warrant a judgment in its favor. As defendant rested on the indicated disposition of the court, we feel that the interests of justice require a new trial. Concur — Peck, P. J., Botein, Frank, Valente and McNally, JJ.

■ In the Matter of NELSON PROPERTIES, INC., Appellant, against CHARLES ABRAMS, as State Rent Administrator, Respondent, and GERTRUDE GOTTLIEB et al., Intervenors-Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Peck, P. J., Botein, Frank, Valente and McNally, JJ.

■ WANDAJUNE KEARNEY, Respondent, v. MICHAEL M. KEARNEY, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Botein, Frank, Valente and McNally, JJ. [See post, p. 1005.]

■ FIELDSTON GARDEN APARTMENTS, INC., Appellant, v. CITY OF NEW YORK et al., Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Botein, Frank, Valente and McNally, JJ.

■ SEMARIA BROS., INC., Respondent, v. LITTLE JEAN TOGS, INC., Appellant.— Determination unanimously affirmed, with costs to the respondent. No opinion. Concur — Peck, P. J., Botein, Frank, Valente and McNally, JJ.

■ In the Matter of ESTHER EDWARDS, Appellant, against ROBERT C. WEAVER, as State Rent Administrator, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Botein, Frank, Valente and McNally, JJ.